UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN MASONS PENSION FUND,
WISCONSIN MASONS HEALTH CARE FUND,
WISCONSIN MASONS EDUCATION/JAC FUND
WISCONSIN MASONS IAP/CLMC FUND, and
GARY BURNS (in his capacity as Trustee),

BRICKLAYERS AND TROWEL TRADES
INTERNATIONAL PENSION FUND,
INTERNATIONAL MASONS INSTITUTE,
IPF/PPA FUNDING IMPROVEMENT PLAN,

BRICKLAYERS AND ALLIED CRAFTWORKERS
DISTRICT COUNCIL OF WISCONSIN,

INTERNATIONAL UNION OF BRICKLAYERS
& ALLIED CRAFTWORKERS,

WISCONSIN LABORERS PENSION FUND,
WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS APPRENTICESHIP
& TRAINING FUND,
WISCONSIN LABORERS HEALTH HRA FUND,
and JOHN J. SCHMITT
(in his capacity as Trustee),

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST FUND,

WISCONSIN LABORERS DISTRICT COUNCIL,

           Plaintiffs,

v.                                                 Case No. 17-cv-48

GROSBEIER & SONS MASONRY, LLC and
CLAUDIA GROSBEIER,

           Defendants.

---

ORDER AND ENTRY OF JUDGMENT
AS TO DEFENDANT GROSBEIER & SONS MASONRY, LLC

---

Request and motion for default judgment brought by the plaintiffs in the above-captioned action was submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1. Defendant Grosbeier & Sons Masonry, LLC has determined not to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. Defendant Grosbeier & Sons Masonry, LLC violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds.

3. Due to defendant's failure, plaintiffs are entitled to damages consisting of contributions, liquidated damages, interest, attorney fees and costs.

4. The Court assesses the total damages to the plaintiffs in the sum of $58,888.05.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Wisconsin Masons Pension Fund, Wisconsin Masons Health Care Fund, Wisconsin Masons Education/JAC Fund, Wisconsin Masons IAP/CLMC Fund, and Gary Burns (in his capacity as Trustee), Bricklayers and Trowel Trades International Pension Fund, International Masons Institute, IPF/PPA Funding Improvement Plan, Bricklayers and Allied Craftworkers District Council of Wisconsin, International Union of Bricklayers & Allied Craftworkers, Wisconsin Laborers Pension Fund, Wisconsin Laborers Health Fund, Wisconsin Laborers Apprenticeship & Training Fund, Wisconsin Laborers Health HRA Fund and John J. Schmitt (in his capacity as

Trustee), Wisconsin Laborers-Employers Cooperation and Education Trust Fund, and Wisconsin Laborers District Council and against defendant in the amount of $58,888.05 together with interest at the rate allowed by law.

Dated at Madison, Wisconsin, this 4th day of January, 2017.

_Peter Oppeneer_
Clerk of Court

_____
Deputy Clerk

Dated and approved as to form this 3d day of January, 2017.

BY THE COURT:

_Barbara B. Crabb_
U. S. District Court Judge